**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                                                    CASE NO. 21-40055-KKS
                                                                                               CHAPTER 13

LEO PORTER

_____Debtor_____/

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three (3) days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Chapter 13 Trustee, Leigh Duncan Glidewell, at Post Office Box 646, Tallahassee, FL 32302, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**COMES NOW,** LEIGH DUNCAN GLIDEWELL, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Motion to Dismiss, and in support thereof states as follows:

1. The Debtor(s) filed this Chapter 13 case on February 18, 2021.

2. The Debtor(s) should have paid a total of $5,749.96 to the Trustee; however, the Debtor(s) has only paid $4,900.00 to the Trustee. Therefore, the Debtor(s) is delinquent as evidenced by a copy of the receipts attached.

Sufficient cause exists to dismiss this case.

**WHEREFORE**, the Chapter 13 Trustee prays that this case be dismissed and for such other and further relief as the Court may deem appropriate.

**RESPECTFULLY SUBMITTED.**

/s/ Leigh Duncan Glidewell
/s/ William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL  32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to:

LEO PORTER
13002 MICCOSUKEE ROAD
TALLAHASSEE, FL 32309

AND

KATHRYN A. HATHAWAY, ESQUIRE
HATHAWAY LAW FIRM
P.O. BOX 3005
TALLAHASSEE, FL 32315

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/ Leigh Duncan Glidewell
/s/ William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE

**EXHIBIT "A"**
IF BLANK, THERE ARE NO RECEIPTS

Receipts Paid:

| **DATE** | | **AMOUNT** |
|---|---|---|
| Mar 08, 2021 | M.O. | $250.00 |
| Mar 08, 2021 | M.O. | $500.00 |
| Apr 12, 2021 | M.O. | $250.00 |
| Apr 12, 2021 | M.O. | $500.00 |
| May 13, 2021 | M.O. | $500.00 |
| May 13, 2021 | M.O. | $250.00 |
| Jun 09, 2021 | M.O. | $500.00 |
| Jun 09, 2021 | M.O. | $250.00 |
| Jul 08, 2021 | M.O. | $500.00 |
| Jul 08, 2021 | M.O. | $450.00 |
| Oct 15, 2021 | M.O. | $500.00 |
| Oct 15, 2021 | M.O. | $100.00 |
| Dec 28, 2021 | M.O. | $350.00 |
| | **TOTAL AMOUNT PAID:** | **4,900.00** |